UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                                                                          Bankr. Case No. 19-31578-MCR-7

Allan Dobransky and Sherry Ann Dobransky                                                        Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                                       Bankr. Case No. 19-31578-MCR-7

Allan Dobransky and Sherry Ann Dobransky                              Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 29, 2019 :

| | |
|---|---|
| Russell Warren Dombrow<br>499 S. Warren St.<br>Ste. 604<br>Syracuse, NY 13202-2609 | Randy J. Schaal<br>312 Broad St<br>Oneida, NY 13421 |

By  /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx64067 / 1006211